1 | BARBARA J. PARKER (SBN 69722)
bjparker@oaklandcityattorney.org
2 | OAKLAND CITY ATTORNEY
200 N. Main Street, Room 800
3 | One Frank H. Ogawa Plaza, 6^(TH) Floor
Oakland, CA 94612
4 | Telephone:   (510) 238-6512
Facsimile:   (510) 238-6500
5 |
6 | JOEL LIBERSON (SBN 164857)
joel@taresources.com
TRIAL & APPELLATE RESOURCES, P.C.
7 | 400 Continental Blvd., 6th Floor
El Segundo, CA  90245
8 | Telephone:   (310) 426-2361
Facsimile:   (310) 426-2001
9 | Attorneys for Plaintiff CITY OF OAKLAND

10 | BART H. WILLIAMS (SBN 134009)
bart.williams@mto.com
11 | TERRY E. SANCHEZ (SBN 101318)
terry.sanchez@mto.com
12 | DANIEL P. COLLINS (SBN 139164)
daniel.collins@mto.com
13 | MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
14 | Los Angeles, California 90071-1560
Telephone:   (213) 683-9100
15 | Facsimile:   (213) 687-3702
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, a municipal corporation,<br><br>             Plaintiff,<br><br>     vs.<br><br>WELLS FARGO & CO. and WELLS FARGO BANK, N.A.<br><br>             Defendants. | Case No. 3:15-cv-04321-SK<br><br>[~~PROPOSED~~] **ORDER SETTING SCHEDULE FOR MOTION TO DISMISS** |

[~~PROPOSED~~] ORDER RE: SCHEDULE FOR MOTION TO DISMISS

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION submitted by Plaintiff City of Oakland and Defendants Wells Fargo & Co, and Wells Fargo Bank, N.A., IT IS SO ORDERED as follows:

(1) Plaintiff shall file and serve its opposition to Defendants' motion to dismiss on or before Monday, December 14, 2015.

(2) Defendants shall file and serve their reply in support of the motion to dismiss on or before January 8, 2015.

(3) All dates established in the September 22, 2015 Order are vacated.  The Initial Case Management Conference provided for by Local R. 16-2, all disclosures by both sides pursuant to Fed. R. Civ. P. 26(a), and the ADR Certifications provided for by Local R. 16-8 are deferred until the Court has issued a ruling upon Defendants' motion to dismiss.

DATED: October 14, 2015

*Haywood S. Gill, Jr.*