                   Case 3:15-cv-04321-EMC   Document 27   Filed 12/07/15   Page 1 of 2

```
1  BARBARA J. PARKER (SBN 69722)
   bjparker@oaklandcityattorney.org
2  OAKLAND CITY ATTORNEY
   200 N. Main Street, Room 800
3  One Frank H. Ogawa Plaza, 6TH Floor
   Oakland, CA 94612
4  Telephone:    (510) 238-6512
   Facsimile:    (510) 238-6500
5
   JOEL LIBERSON (SBN 164857)
6  joel@taresources.com
   TRIAL & APPELLATE RESOURCES, P.C.
7  400 Continental Blvd., 6th Floor
   El Segundo, CA  90245
8  Telephone:    (310) 426-2361
   Facsimile:    (310) 426-2001
9  Attorneys for Plaintiff CITY OF OAKLAND

10 YOSEF PERETZ (SBN 209288)
   PERETZ & ASSOCIATES
11 22 Battery Street, Suite 200
   San Francisco, California 94111
12 Telephone: (415) 732-3777
   Facsimile:  (415) 732-3791
13
   BART H. WILLIAMS (SBN 134009)
14 bart.williams@mto.com
   TERRY E. SANCHEZ (SBN 101318)
15 terry.sanchez@mto.com
   DANIEL P. COLLINS (SBN 139164)
16 daniel.collins@mto.com
   MUNGER, TOLLES & OLSON LLP
17 355 South Grand Avenue, 35th Floor
   Los Angeles, California 90071-1560
18 Telephone:    (213) 683-9100
   Facsimile:    (213) 687-3702
19
                      UNITED STATES DISTRICT COURT
20
                      NOTHERN DISTRICT OF CALIFORNIA
21
```

| | |
|---|---|
| CITY OF OAKLAND, a municipal corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>WELLS FARGO & CO. and WELLS FARGO BANK, N.A.<br><br>  Defendants. | Case No. 3:15-cv-04321-~~SK~~ HSG<br><br>**[PROPOSED] ORDER SETTING SCHEDULE FOR MOTION TO DISMISS** |

<pre>                          [PROPOSED] ORDER RE: SCHEDULE FOR MOTION TO DISMISS</pre>

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION submitted by Plaintiff City of Oakland and Defendants Wells Fargo & Co, and Wells Fargo Bank, N.A., IT IS SO ORDERED as follows:

(1) Plaintiff shall file and serve its opposition to Defendants' motion to dismiss on or before Monday, December 18, 2015.

(2) Defendants shall file and serve their reply in support of the motion to dismiss on or before January 13, 2016.

DATED: December __7__, 2015

*Haywood S. Gill, Jr.*