UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY OF OAKLAND,<br><br>           Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>           Defendants. | Case No. 15-cv-04321-HSG<br><br>**ORDER VACATING HEARING AND DIRECTING PARTIES TO RESPOND** |

The Court informs the parties that the undersigned, while in private practice, represented a Wells Fargo entity in a matter which resulted in the issuance of a consent cease and desist order by the Federal Reserve Board on July 20, 2011.  The Court directs the parties to meet and confer and e-file a notice by Monday, February 15, 2016, informing the court whether both parties are in agreement with the undersigned continuing to preside over this case.  If both parties are not in agreement, the filing must not specify which party is not in agreement:  the filing must simply indicate that both parties either are or are not in agreement.

The hearing set for February 11, 2016 is VACATED.  The Court will issue further orders as appropriate once it reviews the parties' submission.

**IT IS SO ORDERED.**

Dated: 2/10/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge