BARBARA J. PARKER (SBN 69722)
bjparker@oaklandcityattorney.org
OAKLAND CITY ATTORNEY
200 N. Main Street, Room 800
One Frank H. Ogawa Plaza, 6TH Floor
Oakland, CA 94612
Telephone:  (510) 238-6512
Facsimile:  (510) 238-6500

ROBERT S. PECK (*pro hac vice* pending*)*
CENTER FOR CONSTITUTIONAL LITIGATION
777 6th Street NW, Suite 520
Washington, DC 20001
Telephone: (202) 944-2803

Attorneys for Plaintiff CITY OF OAKLAND

TERRY E. SANCHEZ (State Bar No. 101318)
terry.sanchez@mto.com
DANIEL P. COLLINS (State Bar No. 139164)
daniel.collins@mto.com
RIO S. PIERCE (State Bar No. 298297)
rio.pierce@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Defendants WELLS FARGO &
CO. and WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF OAKLAND, a municipal corporation,<br><br>            Plaintiff,<br><br>      vs.<br><br>WELLS FARGO & CO., and WELLS FARGO BANK, N.A.,<br><br>            Defendants. | Case No. 3:15-cv-04321-EMC<br><br>**[PROPOSED] ORDER**<br><br>Judge:  The Honorable Edward M. Chen |

**[PROPOSED] ORDER**

Pursuant to the Stipulation submitted by Plaintiff City of Oakland ("Plaintiff") and Defendants Wells Fargo & Co. and Wells Fargo Bank N.A. ("Defendants"), and GOOD CAUSE APPEARING THEREFOR, the Court HEREBY ORDERS as follows:

Defendants shall file their Answer to the Complaint on or before May 5, 2016.

DATED: April __15__, 2016

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*