# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES ORDER

**Date:** July 27, 2016                        **Judge:** EDWARD M. CHEN
**Case No.**: 15-cv-04321-EMC     **Case Name:** City of Oakland v. Wells Fargo Bank, et al.

## ORDER

Wells Fargo's ex parte request to stay discovery pending its motion for a full stay scheduled to be heard on 9/1/16 is denied. Consumer information shall be produced under protective order.