| | |
|---|---|
| BARBARA J. PARKER (SBN 69722)<br>BParker@oaklandcityattorney.org<br>OAKLAND CITY ATTORNEY<br>City Hall, 6th Floor<br>One Frank H. Ogawa Plaza<br>Oakland, CA 94612<br>Telephone: (510) 238-6512 | BART H. WILLIAMS (SBN 134009)<br>bwilliams@proskauer.com<br>MANUEL F. CACHÁN (SBN 216987)<br>mcachan@proskauer.com<br>PROSKAUER ROSE LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067<br>Telephone: (310) 557-290 |
| YOSEF PERETZ (SBN 209288)<br>yperetz@peretzlaw.com<br>RUTH L. ISRAELY (SBN 289586)<br>risraely@peretzlaw.com<br>PERETZ & ASSOCIATES<br>22 Battery Street, Suite 200<br>San Francisco, California 94111<br>Telephone: (415) 732-3777 | TERRY E. SANCHEZ (SBN 101318)<br>terry.sanchez@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100 |
| JOEL LIBERSON (SBN 164857)<br>joel@taresources.com<br>TRIAL & APPELLATE RESOURCES, P.C.<br>400 Continental Blvd., 6th Floor<br>El Segundo, CA 90245<br>Telephone: (917) 848-3218 | PAUL F. HANCOCK (admitted *pro hac vice*)<br>Paul.Hancock@klgates.com<br>K&L GATES LLP<br>200 S. Biscayne Blvd., Suite 3900<br>Miami, FL 33131<br>Telephone: (305) 539-3300<br>Facsimile: (305) 358-7095 |
| ROBERT S. PECK (admitted *pro hac vice*)<br>robert.peck@cclfirm.com<br>CENTER FOR CONSTITUTIONAL<br>LITIGATION<br>777 6th Street NW, Suite 250<br>Washington, DC 20001<br>Telephone: (202) 944-2803 | Attorneys for WELLS FARGO & CO. and<br>WELLS FARGO BANK, N.A. |

Attorneys for Plaintiff CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, a municipal corporation,<br><br>   Plaintiff,<br><br> vs.<br><br>WELLS FARGO & CO. and WELLS FARGO BANK, N.A.<br><br>   Defendants. | Case No. 3:15-cv-04321-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT OR MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

1

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION submitted by Plaintiff CITY OF OAKLAND, and Defendants WELLS FARGO & CO. and WELLS FARGO BANK, N.A., IT IS SO ORDERED as follows:

(1) Plaintiff will provide Defendants with a draft First Amended Complaint by July 19, 2017; and

(2) Plaintiff will file either a Stipulated First Amended Complaint, or a Motion for Leave to File the First Amended Complaint by July 26, 2017.

DATED: 6/26/17

_____
Hon. Edward M. Chen

