| | |
|---|---|
| BARBARA J. PARKER (SBN 69722) <br> BParker@oaklandcityattorney.org <br> OAKLAND CITY ATTORNEY <br> City Hall, 6th Floor <br> One Frank H. Ogawa Plaza <br> Oakland, CA 94612 <br> Telephone: (510) 238-6512 <br><br> YOSEF PERETZ (SBN 209288) <br> yperetz@peretzlaw.com <br> RUTH L. ISRAELY (SBN 289586) <br> risraely@peretzlaw.com <br> PERETZ & ASSOCIATES <br> 22 Battery Street, Suite 200 <br> San Francisco, California 94111 <br> Telephone: (415) 732-3777 <br><br> JOEL LIBERSON (SBN 164857) <br> joel@taresources.com <br> TRIAL & APPELLATE RESOURCES, P.C. <br> 3655 Torrance Blvd., Third Floor <br> Torrance, CA 90503 <br> Telephone: (917) 848-3218 <br><br> ROBERT S. PECK (admitted *pro hac vice*) <br> robert.peck@cclfirm.com <br> CENTER FOR CONSTITUTIONAL LITIGATION <br> 50 Riverside Boulevard, Suite 12A <br> New York, NY 10069 <br> Telephone: (202) 944-2874 <br><br> Attorneys for Plaintiff CITY OF OAKLAND | BART H. WILLIAMS (SBN 134009) <br> bwilliams@proskauer.com <br> MANUEL F. CACHÁN (SBN 216987) <br> mcachan@proskauer.com <br> PROSKAUER ROSE LLP <br> 2049 Century Park East, Suite 3200 <br> Los Angeles, CA 90067 <br> Telephone: (310) 557-290 <br><br> TERRY E. SANCHEZ (SBN 101318) <br> terry.sanchez@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 355 South Grand Avenue, 35th Floor <br> Los Angeles, California 90071 <br> Telephone: (213) 683-9100 <br><br> PAUL F. HANCOCK (admitted *pro hac vice*) <br> Paul.Hancock@klgates.com <br> K&L GATES LLP <br> 200 S. Biscayne Blvd., Suite 3900 <br> Miami, FL 33131 <br> Telephone: (305) 539-3300 <br> Facsimile: (305) 358-7095 <br><br> Attorneys for WELLS FARGO & CO. and WELLS FARGO BANK, N.A. |

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, a municipal corporation, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO & CO. and WELLS FARGO BANK, N.A. <br><br> Defendants. | Case No. 3:15-cv-04321-EMC <br><br> **[P~~ROPOS~~ED] ORDER GRANTING STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND REGARDING BRIEFING SCHEDULE FOR CHALLENGE TO THE FIRST AMENDED COMPLAINT** |

1

# [PROPOSED] ORDER

PURSUANT TO STIPULATION submitted by Plaintiff CITY OF OAKLAND, and Defendants WELLS FARGO & CO. and WELLS FARGO BANK, N.A., IT IS SO ORDERED as follows:

(1) Plaintiff ~~will~� shall file the First Amended Complaint ("FAC") ~~by August 9, 2017;~~ immediately as a separate document;

(2) Defendants may file one or more motions challenging the FAC (the "Motion(s)") by September 22, 2017. Plaintiff disputes that Defendants may file any motions attacking the FAC except for a motion to dismiss the FAC challenging the proximate cause for damages sought by Plaintiff and reserve all rights with regard to any other challenges that Defendants may bring in the Motion(s);

(3) Plaintiff shall file its opposition(s) to the Motion(s) by October 27, 2017;

(4) Defendants shall file their reply or replies in further support of the Motion(s) by November 10, 2017;

(5) The Motion(s) shall be set for hearing on November 30, 2017, ~~or the next available hearing date; and~~ at 1:30 p.m.

(6) As ordered by the Court at the May 25, 2017 Case Management Conference, the Case Management Conference currently set for October 15, 2017 shall be combined with the hearing on the Motion(s) on November 30, 2017 at 1:30 p.m. An updated joint Case Management Conference shall be filed no later than 7 days before that hearing.

DATED:   8/15/2017

_____
Hon. Edward M. Chen



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen