| | |
|---|---|
| BARBARA J. PARKER (SBN 69722)<br>BParker@oaklandcityattorney.org<br>OAKLAND CITY ATTORNEY<br>City Hall, 6th Floor<br>One Frank H. Ogawa Plaza<br>Oakland, CA 94612<br>Telephone: (510) 238-6512 | BART H. WILLIAMS (SBN 134009)<br>bwilliams@proskauer.com<br>MANUEL F. CACHÁN (SBN 216987)<br>mcachan@proskauer.com<br>PROSKAUER ROSE LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067<br>Telephone: (310) 557-290 |
| YOSEF PERETZ (SBN 209288)<br>yperetz@peretzlaw.com<br>RUTH L. ISRAELY (SBN 289586)<br>risraely@peretzlaw.com<br>PERETZ & ASSOCIATES<br>22 Battery Street, Suite 200<br>San Francisco, California 94111<br>Telephone: (415) 732-3777 | TERRY E. SANCHEZ (SBN 101318)<br>terry.sanchez@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100 |
| JOEL LIBERSON (SBN 164857)<br>joel@taresources.com<br>TRIAL & APPELLATE RESOURCES, P.C.<br>3655 Torrance Blvd., Third Floor<br>Torrance, CA 90503<br>Telephone: (917) 848-3218 | PAUL F. HANCOCK (admitted *pro hac vice*)<br>Paul.Hancock@klgates.com<br>K&L GATES LLP<br>200 S. Biscayne Blvd., Suite 3900<br>Miami, FL 33131<br>Telephone: (305) 539-3300<br>Facsimile: (305) 358-7095 |
| ROBERT S. PECK (admitted *pro hac vice*)<br>robert.peck@cclfirm.com<br>CENTER FOR CONSTITUTIONAL LITIGATION<br>50 Riverside Boulevard, Suite 12A<br>New York, NY 10069<br>Telephone: (202) 944-2874 | Attorneys for WELLS FARGO & CO. and<br>WELLS FARGO BANK, N.A. |

Attorneys for Plaintiff CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, a municipal corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>WELLS FARGO & CO. and WELLS FARGO BANK, N.A.<br><br>        Defendants. | Case No. 3:15-cv-04321-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR CHALLENGE TO THE FIRST AMENDED COMPLAINT** |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION submitted by Plaintiff CITY OF OAKLAND, and Defendants WELLS FARGO & CO. and WELLS FARGO BANK, N.A., IT IS SO ORDERED as follows:

(1) Defendants may file one or more motions challenging Plaintiff's First Amended Complaint (the "Motion(s)") by October 6, 2017;

(2) Plaintiff shall file its opposition(s) to the Motion(s) by November 13, 2017;

(3) Defendants shall file their reply or replies in further support of the Motion(s) by November 27, 2017;

(4) The Motion(s) shall be set for hearing on December 14, 2017, or the next available hearing date; and

(5) As ordered by the Court at the May 25, 2017 Case Management Conference, the Case Management Conference currently set for November 30, 2017 shall be combined with the hearing on the Motion(s). An updated joint Case Management Conference shall be filed no later than 7 days before that hearing.

DATED: 9/18/17



Hon. Edward M. Chen

1  3:15-cv-04321-EMC

[PROPOSED] ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR CHALLENGE TO THE FIRST AMENDED COMPLAINT