1 | BARBARA J. PARKER (SBN 69722)
bjparker@oaklandcityattorney.org
2 | OAKLAND CITY ATTORNEY
200 N. Main Street, Room 800
3 | One Frank H. Ogawa Plaza, 6TH Floor
Oakland, CA 94612
4 | Telephone:     (510) 238-6512
Facsimile:      (510) 238-6500
5
6 | JOEL LIBERSON (SBN 164857)
joel@taresources.com
TRIAL & APPELLATE RESOURCES, P.C.
7 | 400 Continental Blvd., 6th Floor
El Segundo, CA  90245
8 | Telephone:     (310) 426-2361
Facsimile:      (310) 426-2001
9 | Attorneys for Plaintiff CITY OF OAKLAND

10 | YOSEF PERETZ (SBN 209288)
PERETZ & ASSOCIATES
11 | 22 Battery Street, Suite 200
San Francisco, California 94111
12 | Telephone: (415) 732-3777
Facsimile:  (415) 732-3791

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, a municipal corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>WELLS FARGO & CO. and WELLS FARGO BANK, N.A.<br><br>            Defendants. | Case No. 3:15-cv-04321-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANTS' MOTION TO AMEND THE COURT'S JUNE 15, 2018 MEMORANDUM OPINION AND ORDER** |

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION submitted on July 20, 2018, Dkt No. 157, by Plaintiff CITY OF OAKLAND, and Defendants WELLS FARGO & CO. and WELLS FARGO BANK, N.A. (the "Stipulation") , IT IS HEREBY ORDERED that the Stipulation is granted, and the Case Management Conference and the hearing on Defendants' Motion to Amend the Court's June 15, 2018 Memorandum Opinion and Order [Dkt. 151] be continued to September 13, 2018.

SO ORDERED.

DATED: July 30, 2018

_____
Hon. Edward M. Chen