FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 20 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF OAKLAND, A Municipal Corporation,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.,<br><br>Defendants-Appellants. | No.  19-15169<br><br>D.C. No. 3:15-cv-04321-EMC<br>Northern District of California,<br>San Francisco<br><br>**ORDER** |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that

this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a)

and Circuit Rule 35-3.  The three-judge panel opinion is vacated.

Judges Christen, Watford, Owens, Friedland, Bennett, and Collins did not

participate in the deliberations or vote in this case.