| | |
|---|---|
| NOT FOR PUBLICATION | **FILED** |
| UNITED STATES COURT OF APPEALS | APR 20 2021 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CITY OF OAKLAND, A Municipal Corporation,

        Plaintiff-Appellee,

 v.

WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.,

        Defendants-Appellants.

No.   19-15169

D.C. No. 3:15-cv-04321-EMC
Northern District of California,
San Francisco

**ORDER**

**THOMAS**, Chief Judge:

    Virtual en banc oral argument will take place during the week of June 21, 2021. The date and time will be determined by separate order. For further information or special requests regarding scheduling, please contact Deputy Clerk Paul Keller at paul_keller@ca9.uscourts.gov or (206) 224-2236.

    Within seven days from the date of this order, the parties shall forward to the Clerk of Court eighteen additional paper copies of the original briefs and ten additional paper copies of the excerpts of record. The paper copies must be accompanied by certification (attached to the end of each copy of the brief) that the

brief is identical to the version submitted electronically. A sample certificate is available at

http://www.ca9.uscourts.gov/datastore/uploads/cmecf/Certificate-for-Brief-in-Paper-Format.pdf. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.