**FILED**

NOV 2 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY OF OAKLAND, A Municipal Corporation,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.,<br><br>Defendants-Appellants. | No.   19-15169<br><br>D.C. No. 3:15-cv-04321-EMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: THOMAS, Chief Judge, and McKEOWN, WARDLAW, PAEZ, CALLAHAN, IKUTA, NGUYEN, HURWITZ, R. NELSON, BADE and VANDYKE, Circuit Judges.

Appellee's Motion to Stay the Mandate (ECF No. 122) is **GRANTED**. Pursuant to Rule 41(d) of the Federal Rules of Appellate Procedure, the mandate is stayed for 90 days to permit Appellee to file a petition for a writ of certiorari in the Supreme Court. Should the Supreme Court grant certiorari, the mandate will be stayed pending disposition of the case. Should the Supreme Court deny certiorari, the mandate will issue immediately. The parties shall advise this Court immediately upon the Supreme Court's decision.