# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
DEC 20 2021

FILED
DOCKETED. Harris
Clerk of the Court
(202) 479-3011   DATE   INITIAL

December 14, 2021

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

     Re: City of Oakland, California
          v. Wells Fargo & Company, et al.
          Application No. 21A224
          (Your No. 19-15169)

Dear Clerk:

     The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on December 14, 2021, extended the time to and including January 27, 2022.

     This letter has been sent to those designated on the attached notification list.

                                     Sincerely,

                                     **Scott S. Harris**, Clerk

                                     by

                                     Claude Alde
                                     Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

## NOTIFICATION LIST

Mr. Robert S. Peck
Center for Constitutional Litigation, PC
2117 Leroy Place, N.W.
Washington, DC  20008


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526