UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 27 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF OAKLAND, A Municipal Corporation,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>        Defendants - Appellants. | No. 19-15169<br><br>D.C. No. 3:15-cv-04321-EMC<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

      The judgment of this Court, entered September 28, 2021, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7