1  Edward P Sangster (SBN 121041)
   edward.sangster@klgates.com
2  Daniel W Fox (SBN 268757)
   daniel.fox@klgates.com
3  K&L GATES LLP
   Four Embarcadero Center, Suite 1200
4  San Francisco, CA  94111
   Telephone: +1 415 882 8200
5  Facsimile: +1 415 882 8220

6  Paul F Hancock (admitted *pro hac vice*)
   paul.hancock@klgates.com
7  K&L GATES LLP
   Southeast Financial Center 200
8  South Biscayne Boulevard Suite 3900
   Miami, FL  33131
9  Telephone: +1 305 539 3300
   Facsimile: +1 305 358 7095
10
   Bart H. Williams (SBN 134009)
11 bwilliams@proskauer.com
   Manuel F. Cachan (SBN 216987)
12 mcachan@proskauer.com
   PROSKAUER ROSE LLP
13 2049 Century Park East, Suite 3200
   Los Angeles, CA  90067
14 Telephone:    (310) 557-2900
   Facsimile:    (310) 557-2193
15
   Terry E. Sanchez (SBN 101318)
16 terry.sanchez@mto.com
   MUNGER, TOLLES & OLSON LLP
17 350 South Grand Avenue, 50th Floor
   Los Angeles, California  90071
18 Telephone:    (213) 683-9100
   Facsimile:    (213) 687-3702
19
   Attorneys for Defendant Wells Fargo & Co. and
20 Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, a municipal Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & CO., and<br>WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No.: 3:15-cv-04321-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] JUDGMENT** |

2:18-00416

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE;
[PROPOSED] JUDGMENT**

311652701.1

**RECITALS**

WHEREAS, on September 28, 2021, the United States Court of Appeals for the Ninth Circuit entered judgment and published its decision in *City of Oakland v. Wells Fargo & Company*, No. 19-15169 (9th Cir. Sept. 28, 2021);

WHEREAS, the Ninth Circuit issued its formal mandate pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure on January 27, 2022;

WHEREAS, the parties agree that the Ninth Circuit's mandate requires this Court to dismiss the City of Oakland's First Amended Complaint with prejudice and enter judgment in favor of defendants Wells Fargo & Co. and Wells Fargo Bank, N.A.

NOW, THEREFORE, the parties do further stipulate and agree as follows:

**STIPULATION**

1. The Court shall dismiss with prejudice the City of Oakland's First Amended Complaint.

2. The Court shall enter judgment in favor of defendants Wells Fargo & Co. and Wells Fargo Bank, N.A.  The City of Oakland shall recover nothing.

3. Each party agrees to bear its own costs and expenses, including attorneys' fees.

DATED:  March 14, 2022              PERETZ & ASSOCIATES

                                    By:     /s/ Yosef Peretz
                                             Yosef Peretz

                                    Attorneys for Plaintiff
                                    CITY OF OAKLAND

DATED:  March 14, 2022              K&L GATES LLP

                                    By:     /s/ Edward P. Sangster
                                             Edward P. Sangster

                                    Attorneys for Defendants Wells Fargo & Co.
                                    and Wells Fargo Bank, N.A.

-1-
**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] JUDGMENT**
311652701.1

**[PROPOSED] ORDER**

The parties' stipulation is approved. Plaintiff's First Amended Complaint is hereby dismissed with prejudice. Each party shall bear its own costs and expenses, including attorneys' fees.

DATED:_____     _____

                                                              Edward M. Chen
                                                              United States District Judge

# [PROPOSED] JUDGEMENT

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Plaintiff City of Oakland shall take nothing by way of its First Amended Complaint, or be afforded any relief whatsoever;

2. Judgment is entered in favor of defendants Wells Fargo & Co. and Wells Fargo Bank, N.A.;

3. Each party shall bear its own costs, including attorneys' fees.


DATED:_____          _____

                                                Edward M. Chen
                                                United States District Judge